UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2009 OCT 20 A 10: 01
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

| IN RE: | Chapter 7 |
|---|---|
| KATHLEEN B. YUKICA, | Case No. 07-10169-MWV |
| DEBTOR | |

## TRUSTEE'S REPORT OF SMALL DIVIDEND CHECKS

Now comes Bruce A. Harwood, ("Trustee") to report pursuant to 11 U.S.C. §347 and Rule 3010 of the Federal Rules of Bankruptcy Procedure that the following funds are dividends less than $5.00 for the claimant as noted below.

Proof of Claim #: 1          Claim Paid: $4.13
Claimant: Dr. Donald Neeley, DMD, 7 Allen Street, Suite 300, Hanover, NH 03755

1. The trustee was granted an Order to Disburse funds to the creditors dated August 6, 2008 following the approval of Trustee's Final Report.

2. The trustee has accordingly submitted check number 1012 made payable to the United States Bankruptcy Court in the amount of $4.13.

Respectfully submitted,

Dated: October 19, 2009

Bruce A. Harwood, Trustee (BNH 01519)
Sheehan Phinney Bass + Green, PA
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
Phone: (603) 627-8139

cc: Kerri